IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| ROBERT DOE, et al., <br> Plaintiffs, <br><br> v. <br><br> ELAINE L. CHAO, <br> SECRETARY OF LABOR, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2:97cv00043 <br> ) **ORDER** <br> ) <br> ) By: GLEN M. WILLIAMS <br> ) Senior United States District Judge |

For the reasons stated in the Memorandum Opinion entered this day, it is hereby **ORDERED** that Defendants pay attorneys Wolfe, Williams & Rutherford $15,887.50 in fees.

The Clerk is ordered to send certified copies of this Order to all counsel of record.

**ENTER:** This 19th day of July 2006

_____
SENIOR UNITED STATES DISTRICT JUDGE